UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**JUDGMENT** |

The Court hereby enters final judgment as defined in Federal Rule of Civil Procedure 58(a) in this action as between Plaintiffs and Defendants. Pursuant to this Final Judgment:

1. Upon the effective date of the Settlement Agreement and Release (ECF No. 869-8 ¶ 14.1), Settlement Class Representatives and Settlement Class Members shall be deemed to have released Defendants from any and all Released Claims as defined in the Settlement, *id.* ¶ 13.1.

2. Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter in accordance with Paragraph 18.15 of the Settlement Agreement and Release.

3. The parties are hereby ordered to comply with the terms of the Settlement.

4.  This action is dismissed with prejudice against Defendants, each side to bear its own costs and attorney's fees except as provided by the Settlement and the Court's orders.

5.  The Clerk shall close the file in the MDL and all of the member cases.

**IT IS SO ORDERED.**

Dated: August 16, 2018

_____
LUCY H. KOH
United States District Judge